UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                      Chapter 13
MICHAEL ALLEN                                    Case No.    19-30714-BEH
WENDY STRAHM

        Debtors.
_____

### NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**<u>Your rights may be affected.</u>**    **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.    (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **January 28, 2020 at 9:00 a.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 9122579 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

     Dated at Milwaukee, Wisconsin, on December 30, 2019.


                                               /s/_____
                                               Scott Lieske, Trustee
                                               Robert W. Stack, Staff Attorney
                                               Christopher D. Schimke, Staff Attorney
                                               Sandra M. Baner, Staff Attorney
                                               Chapter 13 Standing Trustee
                                               P.O. Box 510920
                                               Milwaukee, Wisconsin 53203
                                               T:  (414) 271-3943
                                               F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
MICHAEL ALLEN                                          Chapter 13
WENDY STRAHM                                           Case No. 19-30714-BEH
       Debtors.

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**

---

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    The Debtors failed to disclose all bankruptcies filed within the past eight years on the Voluntary Petition, specifically the Debtors' filing in 2017.

    Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(4) as the Debtors failed to provide a broker's price opinion or other documentation to support the real estate value listed on Schedule A/B for the property located at 718 South 30th Street, which is significantly lower than the fair market value as determined by the taxing authority.

    Trustee is unable to determine if the plan satisfies 11 U.S.C. § 1325(a)(6) and § 1325(b) as Debtors did not provide documentation to support the Debtor-wife's hairdresser income and the Debtors' food-share income listed on Schedule I.

    Dated at Milwaukee, Wisconsin, on December 30, 2019.

OFFICE OF CHAPTER 13 TRUSTEE

/s/_____
Scott Lieske, Chapter 13 Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                            Chapter 13
MICHAEL ALLEN &                            Case No. 19-30714-BEH
WENDY STRAHM,
                  Debtors.

## CERTIFICATE OF SERVICE

       I hereby certify that on December 30, 2019, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                 OFFICE OF THE U.S. TRUSTEE
                 WATTON LAW GROUP

       I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                 MICHAEL ALLEN & WENDY STRAHM
                 718 SOUTH 30TH STREET
                 MILWAUKEE, WI 53215

       Dated:    December 30, 2019

                                                       /s/_____
                                                       Lynn Krueger
                                                       Administrative Assistant
                                                       Office of the Chapter 13 Trustee
                                                       P.O. Box 510920
                                                       Milwaukee, WI 53203
                                                       T:   (414) 271-3943
                                                       F:   (414) 271-9344