THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 20, 2020

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>MICHAEL ALLEN and<br>WENDY STRAHM,<br>              Debtors. | Chapter 13<br>Case No. 19-30714-BEH |

### ORDER RESOLVING TRUSTEE'S OBJECTION
### TO CONFIRMATION OF PLAN

The Chapter 13 Trustee represents that the Trustee and the Debtors, through counsel, have agreed that the Trustee's Objection to Confirmation may be sustained on the following terms:

    On or before May 1, 2020, the Debtors shall:

    1.    File an Amended Schedule A/B to disclose all assets, namely 2019 tax refunds.

    2.    File an Amended Plan to remove the direct payment to Wisconsin Department of Revenue.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####

Prepared by:
Sandra M. Baner, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com