UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: <br> Michael Allen and Wendy Strahm <br>     Debtor. | Chapter: 13 <br> Case No: 19-30714-beh |

SUPPLEMENTAL DECLARATION OF JOLYNE WALLACE

STATE OF WISCONSIN    )
                                  ) SS.
COUNTY OF DANE         )

    I, JOLYNE WALLACE, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am employed by the Wisconsin Department of Health Services ("DHS"). I submit this affidavit in support of the State of Wisconsin's Second Motion for Extension of Time to File an Objection to Discharge. All statements herein are based upon my personal knowledge, except as otherwise noted.

    2.    I am a Fraud Investigator with the Office of the Inspector General at DHS, and have been employed as such since June 27, 2016.

    3.    The Office of the Inspector General received a fraud complaint reporting Ms. Strahm was working under two different social security numbers. I was assigned this investigation.

    4.    I discovered that:

        a.  Ms. Strahm was working under two different social security numbers registered to her name;

b. Ms. Strahm was not reporting income earned under one social security number to the Client Assistance for Reemployment and Economic Support (CARES) benefits system.

c. Ms. Strahm submitted fraudulent documents to verify employment, household composition and residency;

5. I prepared the file and represented DHS in the appeal hearing regarding the overpayments held by the Division of Hearings and Appeals ("DHA") on January 7, 2020.

6. The DHS records show a $210,486.29 overpayment.

7. Ms. Strahm appeared at the January 7, 2020 hearing and submitted additional documents that I had requested as part of my investigation. However, the documents submitted by Ms. Strahm did not include Internal Revenue Service tax filings. Only W2s were submitted.

8. Another request for IRS tax filings was submitted to Ms. Strahm.

9. The hearing was continued, and was scheduled to be heard on February 12, 2020.

10. The debtors called the Administrative Law Judge (ALJ), and indicated that they were trying to obtain the tax documents. On February 17, 2020, the ALJ postponed the hearing until March 17, 2020.

11. Prior to the hearing, the debtors sent in tax documents, and the ALJ postponed the hearing again, to April 14, 2020.

12. The submission of the tax documents requires a review of both Michael Allen and Wendy Strahm's files to determine their eligibility for the benefits received or determination of ineligibility and overpayment of benefits.

13. The debtors did not appear at the April 14, 2020 hearing and the ALJ dismissed the appeal.

14. Debtors had 30 days from the date of dismissal to request a rehearing or appeal the decision to the Circuit Court.

15. The debtors filed a request for rehearing on May 14, 2020. The ALJ denied the request. A true and correct copy of the Rehearing Request Order is attached hereto as. **Exhibit 1.**

16. Debtors have 30 days from May 14, 2020, to file an appeal petition to the Wisconsin Circuit Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, May 19, 2020.

*Jolyne Wallace*
Jolyne Wallace